UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGILITY LOGISTICS CORP. f/k/a
GEOLOGISTICS AMERICAS, INC.

       Plaintiff,                            Case No. 08 Civ 0454 (AKH)

v.

AMERICAN PRESIDENT LINES, LTD.      **RULE 7.1 DISCLOSURE**
d/b/a APL; HYUNDAI CORPORATION and   **STATEMENT**
HYUNDAI CONFIDENCE v. 103E'S

       Defendants.
_____/

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, AGILITY LOGISTICS CORP. f/k/a GEOLOGISTICS AMERICAS, INC., certifies that the following are publicly held corporate parents, subsidiaries, or affiliates of that party:

      None. Agility is a publicly traded company formerly known as Geologistics Americas, Inc.

Dated: New York, New York
       January 17, 2008

                                  KAPLAN, von OHLEN & MASSAMILLO, LLC

                               /S/
                      By_____
                        Nicholas E. Pantelopoulos (NP-4969)
                        555 Fifth Avenue, 15th Fl.
                        New York, New York 10017
                        (212) 922-0450