USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AGILITY LOGISTICS CORP. f/k/a
GEOLOGISTICS AMERICAS, INC.

        Plaintiff,

v.

AMERICAN PRESIDENT LINES, LTD.
d/b/a APL; HYUNDAI CORPORATION and
HYUNDAI CONFIDENCE v. 103E'S

        Defendants.

Case No. 08-0454 (AKH)

ECF Case

**STIPULATION FOR ADDITIONAL TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the respective parties herein that the time within which defendant, APL Co. Pte. Ltd., (incorrectly sued herein as AMERICAN PRESIDENT LINES, LTD. d/b/a APL) may answer and/or move with respect to the Complaint in the captioned proceeding is hereby adjourned up to and including March 21, 2008.

Dated: New York, New York
       February 15, 2008

KAPLAN, Von OHLEN & MASSAMILLO, LLC

By: _____
NICHOLAS E. PANTELOPOULOS (NP-4969)
JENNIFER HUANG (JH-4532)
555 Fifth Avenue, 15th Fl.
New York, New York 10017
Telephone: (212) 922-0450
Facsimile: (212) 922-0530

*Attorneys for Plaintiff, AGILITY LOGISTICS CORP. f/k/a/ GEOLOGISTICS AMERICAS, INC.*

1

FREEHILL, HOGAN & MAHAR

By: _____
William Juska
Larry Kahn
80 Pine Street
New York, New York 10005-1759

*Attorneys for Defendant, APL Co. Pte. Ltd.*
*s/h/a AMERICAN PRESIDENT LINES, LTD.,*
*d/b/a APL*

**SO ORDERED:** 2/20/08

_____
HON. ALVIN K. HELLERSTEIN, U.S.D.J.