KAPLAN, VON OHLEN & MASSAMILLO, LLC

555 FIFTH AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10017

TELEPHONE (212) 922-0450
FACSIMILE (212) 922-0530
www.kvolaw.com

NICHOLAS E. PANTELOPOULOS
nep@kvolaw.com

CHICAGO OFFICE
120 NORTH LASALLE STREET
24TH FLOOR
CHICAGO, ILLINOIS 60602
TELEPHONE (312) 345-3000

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/2/08*

*RECEIVED APR 0 1 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.*

**Via Facsimile**
212.805.7942

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> *[signature]*
> Alvin K. Hellerstein, U.S.D.J.
> Date: 4/1/08

Re: Agility Logistics Corp. v. American President Lines, et al
**S.D.N.Y. Docket No. 08 CIV 0454 (AKH)**

Dear Judge Hellerstein:

We are attorneys for plaintiff Agility Logistics Corp. in the above referenced admiralty matter, wherein Your Honor has scheduled a Rule 16 scheduling conference for this Friday, April 4, 2008.

The parties have engaged in serious settlement discussions since the filing of the Complaint, and we are pleased to report that the material terms of a settlement have been agreed upon by counsel and their respective clients. In that regard, if it meets with the Court's approval, we write on consent of all counsel to respectfully request a brief thirty (30) day adjournment of the Court conference scheduled for this Friday, April 4, 2008, to provide the parties an opportunity to finalize all terms of the settlement. This is the first scheduled conference before Your Honor and the first request for an adjournment.

We thank the Court for its indulgence and look forward to hearing from the Court in due course.

Respectfully submitted,

*[signature]*
Nicholas E. Pantelopoulos (NP-4969)

NEP:ac

cc: Freehill, Hogan & Mahar, LLP
Keesal, Young & Logan